08 CV...

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
SHERRY FAVATA,

                Plaintiff,        RULE 7.1
                                  DISCLOSURE STATEMENT

- against -

                                CASE NO.

NATALIE GENCO and PV HOLDING CORP.,

                Defendants.
------------------------------------------x

    The defendant, PV Holding Corp., is organized and existing by virtue of the laws of the State of Delaware and is an affiliate of Avis Budget Group, Inc., a publicly traded corporation listed on the New York Stock Exchange under ticker symbol: CAR.

Dated:  Tarrytown, New York
        June 6, 2008

                              Yours, etc.

                              REARDON & SCLAFANI, P.C.
                              Attorneys for Defendants
                              OFFICE & P.O. ADDRESS
                              220 White Plains Road, Suite 235
                              Tarrytown, New York 10591
                              (914) 366-0201

                              By: _____
                                  MICHAEL V. SCLAFANI (MS 9120)