FILED JUN - 9 2008 USDC WP SDNY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SHERRY FAVATA,

                 Plaintiff,        RULE 7.1
                                        DISCLOSURE STATEMENT
- against -

                                              CASE NO.

NATALIE GENCO and PV HOLDING CORP.,

                 Defendants.
------------------------------------x

JUDGE CONNER

The defendant, PV Holding Corp., is organized and existing by virtue of the laws of the State of Delaware and is an affiliate of Avis Budget Group, Inc., a publicly traded corporation listed on the New York Stock Exchange under ticker symbol: CAR.

Dated: Tarrytown, New York
       June 6, 2008

                                Yours, etc.

                                REARDON & SCLAFANI, P.C.
                                Attorneys for Defendants
                                OFFICE & P.O. ADDRESS
                                220 White Plains Road, Suite 235
                                Tarrytown, New York  10591
                                (914) 366-0201

                                By: _____
                                   MICHAEL V. SCLAFANI (MS 9120)